IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRADLEY C. BURCHFIELD                                                           PETITIONER
#85330

v.                              4:20-cv-01485-JM-JJV

McCORMICK; *et al.*                                                             RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 17th day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE